**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| NELDA GARCIA, | § | No. 1:25-CV-559-DAE |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | |
| NRA GROUP, LLC, d/b/a NATIONAL RECOVERY AGENCY, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation ("the Report") submitted by United States Magistrate Judge Susan Hightower. (Dkt. # 15.) Neither party has objected to the Report. The Court finds this matter suitable for disposition without a hearing. After reviewing the Report, the Court **ADOPTS** Magistrate Judge Hightower's recommendation. (Dkt. # 15.)

BACKGROUND

The Court recites the background facts as stated by the Magistrate Judge. (Dkt. # 15.) Plaintiff Nelda Garcia ("Garcia") brought this action against Defendant NRA Group, LLC d/b/a National Recovery Agency ("Defendant"). Counsel for Defendant moved to withdraw due to "the complete breakdown of the

attorney-client relationship in this matter." (Dkt. # 13.) Magistrate Judge Hightower granted the Motion to Withdraw on January 6, 2026, informed Defendant, a limited liability company, that it cannot continue to litigate this case without counsel, and gave Defendant until February 5, 2026, to retain new counsel. (Dkt. # 14.) Magistrate Judge Hightower warned Defendant that, if no attorney appeared on its behalf by that date, she would recommend that default judgment be entered against it. (Dkt. # 14.) No new counsel has entered an appearance on Defendant's behalf. (Dkt. # 15.)

Magistrate Judge Hightower found that entry of default is appropriate because Defendant failed to obtain counsel after being warned of the consequences of failing to do so. (Dkt. # 15.) Magistrate Judge Hightower recommended that default judgment be entered against Defendant for failure to defend under Federal Rule of Civil Procedure 55(a). (Dkt. # 15.) Magistrate Judge Hightower filed her Report on February 18, 2026. (Dkt. # 15.) Neither party has filed objections to the Report.

## DISCUSSION

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful consideration, the Court adopts the Magistrate Judge's Report. The Court finds the Magistrate Judge's conclusion, that

entry of default against Defendant is appropriate, to be reasonable and absent of clear error. (Dkt. # 15.) The Court determines that the Magistrate Judge's conclusions are neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Report and Recommendation by the Magistrate Judge as the opinion of the Court. (Dkt. # 15.) If Plaintiff intends to request attorneys' fees and costs, Plaintiff must file an affidavit with supporting evidence after the entry of judgment. The Clerk's office is **INSTRUCTED TO ENTER JUDGMENT** and **CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATE**: Austin, Texas, October 27, 2026.

David Alan Ezra
Senior United States District Judge